IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

YAMIL CUEVAS-HERNÁNDEZ,

Defendant.

CRIMINAL NO. 24-190 (CVR)

**OPINION AND ORDER**

**INTRODUCTION**

Defendant Yamil Cuevas-Hernández ("Defendant") filed an "Omnibus Motion to Dismiss the Indictment for Outrageous Government Misconduct, Prosecutorial Misconduct, Selective Prosecution, and Violations of the Double Jeopardy Clause and Rule 7 of the Federal Rules of Criminal Procedure" ("Motion to Dismiss") raising a plethora of arguments, which the Government opposed and Defendant subsequently replied. (ECF Nos. 113, 126 and 129). The Motion to Dismiss was referred to Magistrate Judge Marcos E. López for a report and recommendation ("R&R") which was later issued recommending that Defendant's Motion to Dismiss be denied. (ECF Nos. 133, 134 and 176). Defendant filed his Objections to the R&R after a two-week extension was granted. (ECF No. 189).

As explained below, the Court adopts the R&R in its entirety and DENIES the Motion to Dismiss (Docket No. 113).

**STANDARD**

The Court may refer dispositive motions to a Magistrate Judge for an R&R. See 28

U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Within fourteen days of receiving a copy of the R&R, "a party may serve and file specific written objections to the proposed findings and recommendations." Id. Upon filing of a timely objection, a party is entitled to a de novo determination of "those portions of the report or specified proposed findings or recommendations to which specific objection is made." Total Petroleum Puerto Rico Corp. v. Fonseca-Marrero, 2018 WL 6131777, at *1 (D.P.R. 2018) (quotation omitted); see also Ponsa-Rabell v. Santander Securities, LLC, 2020 WL 4219685, at *1 (D.P.R. 2020). Thus, the Court reviews de novo portions of an R&R to which a party objects. See 28 U.S.C. § 636(b)(1)(C); see also United States v. J.C.D., 861 F.3d 1, 6 (1st Cir. 2017). When performing this review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(a)(b)(1). Objections must "specifically identify the portions of the proposed findings and recommendations to which objection is made and the basis for the objection." Local Rule 72(d); see also Fed. R. Civ. P. 72(b)(2). However, the Court need not "consider frivolous, conclusive, or general objections." See Rodríguez-González v. Astrue, 854 F.Supp.2d 176, 178 (D.P.R. 2012). And if objections merely repeat arguments already made to the magistrate judge, a de novo review is unwarranted, and the district judge will review those portions of the R&R for clear error. Id. Further, a party objecting to an R&R is not "entitled as of right to a de novo review by the [district] judge of an argument never raised" before the magistrate judge. See United States v. Rosado-Cancel, 917 F.3d 66, 69 (1st Cir. 2019).

## ANALYSIS

A careful reading of Defendant's objections shows he objects to all portions of the R&R. However, some objections repeat arguments already made to the Magistrate Judge for which a de novo review is not warranted. Thus, the Court conducted de novo review of the portions of the R&R objected by Defendant while using the aforementioned clear error standard for the portions of the R&R that Defendant merely repeats prior arguments.

A careful review of Defendant's objections to the R&R shows that he does not provide sufficient grounds to justify a change in the Magistrate Judge's well-supported R&R. The Magistrate Judge's findings and legal conclusions are adequately supported by the record and the law. The Magistrate Judge adequately considered and analyzed Defendant's arguments in support of the request to dismiss.

## CONCLUSION

As required by 28 U.S.C. § 636(b)(1)(C), upon an independent review of the record applying the applicable standard and consideration of the thorough analysis contained in Magistrate Judge López' R&R (ECF No. 176), Defendant's objections to it (ECF No. 189), and having conducted its own research and analysis on the issues presented for the Court's consideration, the Court finds that the Magistrate Judge's findings and legal conclusions are correct.

Thus, the Court ADOPTS the Magistrate Judge's R&R in full. (ECF No. 176). Accordingly, Defendants' Motion to Dismiss the Indictment (ECF No. 113) is DENIED.

IT SO ORDERED.

In San Juan, Puerto Rico, this 20th day of October of 2026.

s/ CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE